MORRIS NASH, Doing Business as NASH JEWELRY COMPANY, Respondent, *v.* HENRY LANG, Appellant.

Submitted January 3, 1950; decided January 5, 1950.

*Frank L. Silverman* for motion.

*Murray Spellman* opposed.

Motion for leave to appeal to the Court of Appeals or, in the alternative, for leave to appeal to the Appellate Division and for a stay, dismissed on the ground that this court is without jurisdiction to entertain the application.